UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



YOLANDE GROSSETT

VERSUS

MACY'S CORPORATE SERVICES, INC.

CIVIL ACTION

NO. 09-231-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 14, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Sanctions for Plaintiff's Failure to Comply with the Court's Order (rec.doc. 13) filed by defendant, Macy's Retail Holdings, Inc., will be granted and this matter will be dismissed with prejudice and at plaintiff's cost.

Baton Rouge, Louisiana, November 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA